ORIGINAL FILED

08 MAR 13 PM 2: 51

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
3   WARREN METLITZKY, State Bar # 220758
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3916
6   Facsimile:    (415) 554-3837
    E-Mail:       warren.metlitzky@sfgov.org
7
    Attorneys for Defendants
8   GAVIN NEWSOM, HEATHER FONG AND
    CITY AND COUNTY OF SAN FRANCISCO
9

10  DAVID H. KRAMER, State Bar No. 168452
    WILSON SONSINI GOODRICH & ROSATI
11  Professional Corporation
    650 Page Mill Road
12  Palo Alto, CA  94304-1050
    Telephone:    (650) 493-9300
13  Facsimile:    (650) 565-5100

14  BRIAN G. MENDONCA, State Bar No. 209728
    WILSON SONSINI GOODRICH & ROSATI
15  Professional Corporation
    One Market, Spear Tower, Suite 3300
16  San Francisco, CA  94105
    Telephone:  (415) 947-2000
17  Facsimile:  (415) 947-2099

18  Attorneys for Defendant
    THE GO DADDY GROUP, INC.
19

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22  ANDREW COHEN,                    CV

23            Plaintiff,             USDC No. _____ 1443   JI

24      vs.                          (State Superior Court Case
                                     No. CGC-07-469577)
25  GAVIN NEWSOM, HEATHER FONG,
    CITY AND COUNTY OF SAN           NOTICE TO FEDERAL DISTRICT
26  FRANCISCO, GO DADDY GROUP,       COURT OF REMOVAL OF ACTION
    INC. and DOES 1-100,             FROM STATE SUPERIOR COURT
27                                    (Pursuant to 28 U.S.C. § 1441(b)
            Defendants..             (Federal Question))
28

                                    1

1  TO:    CLERK OF THE ABOVE-ENTITLED COURT:

2  TO:    PLAINTIFF AND TO PLAINTIFF'S ATTORNEYS OF RECORD:

3         NOTICE IS HEREBY GIVEN that Heather Fong, in her official capacity as Chief of Police

4  of San Francisco, Gavin Newsom, in his official capacity as Mayor of San Francisco, the City and

5  County of San Francisco (erroneously named as San Francisco Police Department) and The Go

6  Daddy Group, Inc., named as defendants in the above-captioned action, No. CGC-07469577 in the

7  files and records of the Superior Court in and for the City and County of San Francisco, hereby files

8  in the United States District Court for the Northern District of California a Notice of Removal of

9  said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and are

10  filing in said Superior Court a Notice of Removal.

11         Defendants, pursuant to 28 U.S.C. §§1441 and 1446, presents the following facts to the

12  Judges of the United States District Court for the Northern District of California:

13         A civil action bearing the above-caption was commenced in the Superior Court of

14  California, in and for the City and County of San Francisco, Action No. CGC-07-469577, on

15  November 29, 2007, and is pending therein.

16         The Complaint in said pending action includes allegations brought under 42 U.S.C. § 1983

17  that the named defendants violated the civil rights of Plaintiff.

18         This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the

19  reason that Plaintiff's complaint alleges a violation of laws of the United States.

20         To the extent that Plaintiff's complaint alleges a claim or cause of action other than

21  violations of rights under the laws of the United States, said cause(s) of action may be removed and

22  adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

23         Pursuant to 28 U.S.C. §1446(b), a copy of the complaint is hereto attached as Exhibit A.  All

24  other process, pleadings and other orders served upon Defendants in this action will be forwarded

25  forthwith when they are retrieved from the Superior Court docket.

26         Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the

27  California Superior Court for San Francisco County, the forum in which the removed action was

28  pending.

Notice of Removal USDC & CASE NO. 469577                                      n:\lit\li2008\080918\00470958.doc

1    All Defendants have joined in this Notice of Removal.

2    Defendants will promptly file a Notice of this Removal with the Clerk of the Superior Court

3    for San Francisco County and serve the Notice on all parties.

4    WHEREFORE, Defendants pray that the above action now pending in the Superior Court of

5    the State of California in and for the City and County of San Francisco be removed in its entirety to

6    this Court for all further proceedings, pursuant to 28 U.S.C. §1441, *et. seq.*

7

8    Dated:  March 13, 2008

9                                          DENNIS J. HERRERA
                                          City Attorney
10                                         JOANNE HOEPER
                                          Chief Trial Deputy
11                                         WARREN METLITZKY
                                          Deputy City Attorney
12
13                                         By: _____
                                          WARREN METLITZKY
14
15                                         Attorneys for Defendants
                                          GAVIN NEWSOM, HEATHER FONG AND CITY
16                                         AND COUNTY OF SAN FRANCISCO
17                                         WILSON SONSINI GOODRICH & ROSATI
18
19                                         By: _____
                                          BRIAN MENDONCA
20
21                                         Attorneys for Defendant
                                          THE GO DADDY GROUP, INC.
22

23

24

25

26

27

28

3

# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>Gavin Newsom, Heather Fong, Go Daddy Group, Inc. and Does 1-100<br><br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>Andrew Cohen | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*<br><br>RECE...<br>MAYOR'S OFFICE<br><br>08 FEB 14  AM 2: 40 |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you.   Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response.  You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court County of San Francisco<br>400 McAllister Street<br>San Francisco, California 94102 | CASE NUMBER:<br>*(Número del Caso):*  CGC ... 469577 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Horowitz State Bar No. 92400
PO Box 1547, Lafayette, Ca. 94549   925-283-186   GORDON PARK-LI

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)*  NOV 2 0 2007 | Clerk, by<br>*(Secretario)*  CRISTINA E. BAUTISTA | , Deputy<br>*(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| [SEAL] | 1. ☒ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br><br> under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)<br> ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)<br> ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)<br> ☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Daniel Horowitz State Bar No. 92400<br>PO Box 1547 Lafayette, Ca. 94549<br><br>TELEPHONE NO: 925-283-1863    FAX NO. *(Optional)*<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name):* Andrew Cohen | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br><br>NOV 2 9 2007<br><br>GORDON PARK-LI, Clerk<br>BY: CRISTINA E. BAUTISTA<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS  400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE  San Francisco, California 94102
BRANCH NAME:

| PLAINTIFF: Andrew Cohen | **CASE MANAGEMENT CONFERENCE SET** |
|---|---|
| DEFENDANT: Gavin Newsom, Heather Fong, et al. *@ GO DADDY GROUP, INC.* | MAY 2 - 2008 - 9:00 AM |
| ☑ DOES 1 TO  100 | **DEPARTMENT 212** |

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| ☐ AMENDED *(Number):* | |
| Type *(check all that apply):* | |
| ☐ MOTOR VEHICLE    ☐ OTHER *(specify):*<br>  ☐ Property Damage    ☐ Wrongful Death<br>  ☐ Personal Injury    ☑ Other Damages *(specify):* | |
| Jurisdiction *(check all that apply):* | CASE NUMBER |
| ☐ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded    ☐ does not exceed $10,000<br>           ☐ exceeds $10,000, but does not exceed $25,000<br>☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | CGC07- 469577 |

1. Plaintiff *(name or names):*  Andrew Cohen
   alleges causes of action against **defendant** *(name or names):*
   Gavin Newsom, Heather Fong, San Francisco Police Department, Go Daddy Group, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

PLD-PI-001

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cohen v. Newsom | |

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* San Francisco PD
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☑ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☑ **except** defendant *(name):* Go Daddy Group Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Cohen v. Newsom | |

10  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. ☐ Motor Vehicle
  b. ☐ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f ☑ Other *(specify):*

   First Cause of Action - Civil Rights Violation; Second Cause of Action against Go Daddy Group only - Negligence; Third Cause of Action Intentional Tort

11.  Plaintiff has suffered
  a. ☐ wage loss
  b. ☐ loss of use of property
  c. ☐ hospital and medical expenses
  d. ☑ general damage
  e. ☐ property damage
  f. ☐ loss of earning capacity
  g. ☑ other damage *(specify):*

   Special Damages according to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13.  The relief sought in this complaint is within the jurisdiction of this court.

14.  **Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for**
  a.  (1) ☑ compensatory damages
     (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☐ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  November 27, 2007

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

# FIRST CAUSE OF ACTION

## (Federal Civil Rights Violation)

1.

Andrew Cohen is a police officer working for the City of San Francisco. He is also a resident of Alameda County California.

2.

Gavin Newsom is the Mayor of San Francisco and he acted in that capacity during all times set forth herein.

3.

Heather Fong is the police chief of San Francisco, California and she acted in that capacity during all times set forth herein.

4.

Go Daddy Group, Inc. is an Arizona Corporation which provides website domain names and hosts web sites. Go Daddy Group, Inc. provided these services to Andrew Cohen for a fee. The website referred to in this lawsuit was owned by Andrew Cohen with all services provided by Go Daddy Group, Inc.

5.

Gavin Newsom started this civil conspiracy with Heather Fong and members of the San Francisco police department as well as Does 1-100. Does 1-100 includes any advisors who helped plan the media campaign of Andrew Cohen. This conspiracy then was joined by Go Daddy Group, Inc. as set forth herein. It is the conduct of Go Daddy Group, Inc. as part of the conspiracy with the other defendants which is the subject of this lawsuit.

6.

This would therefore be a type of hub and spoke conspiracy where the central conspirators entered into various related but separate conspiracies with various parties.

7.

During the time period herein, Gavin Newsom launched a series of public attacks directed at various police officers including Andrew Cohen. This took place at time when Mayor Newsom was drinking alcohol to such excess that his judgment was severely impaired. This was admitted by Mayor Gavin Newsom to explain his affair with Ruby Rippey-Tourk, the wife of one of his closest friends and advisor, Alex Tourk. Heather Fong knew or should have known that at the relevant times herein, Gavin Newsom's judgment with respect to his attack on San Francisco Police officers including Andrew Cohen was ill advised and the result in part of his mental impairments caused by alcohol abuse. In joining the attack against police officers, Heather Fong knew or should have known that her conduct was unethical and that she was joining an attack by a Mayor whose judgment was impaired.

8.

During the time period herein, Heather Fong was serving as police chief of San Francisco and despite knowing that her actions were wrongful, she made public, private information regarding police officers. She did this in concert with Gavin Newsom and did so knowing (or she should have known), her actions were illegal and that any order by Gavin Newsom to act in this illegal fashion was improper and would not be excused simply because she was following orders. Heather Fong had an individual responsibility to conform her actions to the dictates of the law. In addition, Heather Fong knew or should have known that verbally attacking police officers including Andrew Cohen in public and to public individuals was not excused by the fact that Gavin Newsom in his role as Mayor of San Francisco told her to do this.

9.

Each of the defendants, Gavin Newsom, Heather Fong and the San Francisco Police Department, knowingly and deliberately made a public display of a private video and again in public and to the press, labeled the video racist, sexist and potentially criminal.

10.

Heather Fong and Gavin Newsom also revealed the contents of the video and played the video for the Rev. Amos Brown. Heather Fong has (under oath) denied doing this but the Rev. Brown has directly contradicted her.  Plaintiff asserts that this denial under oath is a denial of a material fact and was done with the purpose of limiting the discovery of the scope of the conspiracy and as such this statement whether simply untruthful or if perjury, is yet another act in furtherance of this conspiracy.

11.

The actions of Gavin Newsom and Heather Fong were done in their official governmental capacities. The intention of their actions were to create a political event that would label them as anti-racist, anti-sexist, anti-homophobic. The victim of this political grandstanding was Andrew Cohen the video director and producer who was not racist, homophobic nor sexist but simply a police officer poking fun at himself and the officers who were his friends. In other words, it was self deprecating satire.

12.

In politicizing the video, making it public, making it a national news story, showing it to the press and to individuals such as the Rev. Amos Brown, each of the defendants Newsom and Fong, knew that there would be major implications and pressures applied to Andrew Cohen in the public (not private). Pressures could include criticism, protests, hate mail and potentially attacks on his life.

13.

The San Francisco Police Department took Andrew Cohen's gun within hours of the press conference by Newsom and Fong. This made Andrew Cohen less able to protect himself or his family against a physical assault.

14.

During this time period, the San Francisco Police Department contacted the company that hosted Andrew Cohen's website. This company is defendant Go Daddy Group, Inc. The SFPD have refused to respond to requests by Cohen's attorney to define exactly what was said and what was submitted to Go Daddy Group, Inc. but plaintiff is informed and believes that a document titled "Letter of Preservation" was sent to Go Daddy Group, Inc. and that this letter demanded that no changes be allowed to Cohen's website.

15.

The website in question had hosted the comedy videos but these had been removed when the SFPD investigators on this matter asked Cohen to remove them. The investigators also had asked Cohen to retrieve the four copies of the video that were on disk and this had been agreed to as well. In other words, at the time of the press conference, no members of the public were known to have seen the video, the website was invisible to "Google" as it had not been indexed and the videos had been removed.

16.

Following the press conference there was a storm of national media attention. Someone sent Andrew Cohen an e-mail informing him that Andrew's home address was available through his Go Daddy Group, Inc. listing.

17.

Since the Mayor and Police Chief of San Francisco California had just told as much of the United States as they could that Andrew Cohen was a racist, sexist and homophobe, it concerned Andrew Cohen that there was a public listing of the home address where Andrew Cohen, as a single father, lived with his two daughters.

18.

On or about December 6, 2006 Andrew Cohen tried to access his Go Daddy Group, Inc. account to make his address invisible but he was locked out.

19.

Andrew Cohen contacted Go Daddy Group, Inc. and was told that he could not access his account but instead had to contact legal.    The locking out of the account contradicts the contract between the parties and the intent of a company providing internet services of this type.  Go Daddy Group, Inc. is a service provider and not a content owner.  In fact, Go Daddy Group Inc. own website touts the fact that "All public domain registrations are registered in YOUR NAME not ours."  In locking Andrew Cohen out of his account and freezing his content on line, Go Daddy Group Inc exercised its political judgment over the management of the site's content.

20.

Andrew Cohen is now informed and believes that the civil conspiracy and agreement between the San Francisco Police Department and Go Daddy Group, Inc. was the cause of the freezing of Andrew Cohen's account. The SFPD acted at the instruction of Heather Fong and Heather Fong acted at the instruction of Gavin Newsom.

21.

The freezing of Andrew Cohen's account was a violation of his First Amendment rights and an illegal seizure under the Fourth Amendment. It also deprived him of property without due

1  process of law in violation of the Fifth and Fourteenth Amendments.

2

3                                      22.

4  Until Andrew Cohen was able to hide his home address he lived in fear for the safety of his

5  family and for his safety. Even after the account was released, the fact that his home address had

6  been public for that period of time and during a period of deliberately false and scurrilous

7  publicity by the Mayor and Chief of Police, understandably created and understandably continues

8  to create fear.

9

10                                     23.

11  During this same period, Gavin Newsom and Heather Fong as well as representatives of the San

12  Francisco Police Department made repeated public statements continuing to present the image of

13  Andrew Cohen as a racist, sexist and homophobe. In reality, Cohen was just the opposite.  The

14  danger created by the public venting of these false statements is that is unlikely that the random

15  psychopath who might be stirred to harm Cohen (or his children), would bother to make a careful

16  pre-homicide, inquiry.   Therefore to a limited number of sick individuals the statements of the

17  Mayor and the Chief of Police might well be seen as a call to arms.

18  **Jury Trial Demand**

19

20                                     24.

21  Andrew Cohen demands a jury trial for all matters set forth herein.

22  **Jurisdiction**

23

24                                     25.

25  Go Daddy Group, Inc. is incorporated in Arizona. Gavin Newsom and Heather Fong reside in

26  San Francisco California. The San Francisco Police Department is situated in San Francisco,

27  California. Andrew Cohen resided in Alameda County, California during all times relevant

28

herein. He worked in San Francisco, California. Andrew Cohen purchased his Go Daddy Group, Inc. account via computer in Alameda County, California.

Therefore jurisdiction and venue are proper in San Francisco county. If this action is removed to the United States District Court the proper court would be the United States District Court, Northern District of California.

26.

This action is brought under 42 USC 1981 et seq. and in particular under 42 USC 1983 and 42 USC 1985.

**Attorney Fee Request**

27.

Andrew Cohen seeks attorney's fees and costs according to proof. Attorney's fees would be provided under 42 USC 1981 et seq. Costs include expert witness fees.

28.

Andrew Cohen seeks general and special damages according to proof. Andrew Cohen seeks punitive and exemplary damages and costs of suit herein.

Dated: November 28, 2007

Daniel Horowitz

Attorney for Andrew Cohen

PLD-PI-001(2)

| SHORT TITLE: Cohen v. Newsom, Fong, Go Daddy Group | CASE NUMBER |
|---|---|

<u>Second</u>       **CAUSE OF ACTION—General Negligence**    Page _____
    *(number)*

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Andrew Cohen

       alleges that defendant *(name):*  Go Daddy Group Inc.

        [✓] Does  <u>1:30 pm</u>   to  <u>10</u>    

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*  or about 12/6/06
at *(place):*  Various locations

*(description of reasons for liability):*

Plaintiff realleges the allegations set forth in the First Cause of Action and asserts that Go Daddy Group Inc. owed a duty of care to Andrew Cohen and breached that duty of care by both freezing his access to his own content and by continuing to do so even when the danger and harm of said action was specifically made known to Go Daddy Group, Inc.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cohen v. Newsom, Fong, Go Daddy Group | |

~~Second~~ Third    CAUSE OF ACTION—Intentional Tort        Page _____
_____
(number)

ATTACHMENT TO    ☑ Complaint      ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):*  Andrew Cohen

alleges that defendant *(name):* Go Daddy Group Inc.

☑ Does 1_____ to 10_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*or about 12/6/06
at *(place)*Various locations

*(description of reasons for liability):*

Plaintiff realleges the allegations set forth in the First Cause of Action and asserts that Go Daddy Group Inc. owed a duty not to intentionally cause harm to Andrew Cohen.  Defendant breached that duty by both freezing his access to his own content and by continuing to do so even when the danger and harm of said action was specifically made known to Go Daddy Group, Inc.   These actions were done intentionally and in response to communications made by or on behalf of the other defendants herein.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425 12
www.courtinfo ca gov

American LegalNet, Inc
www.FormsWorkflow.com

1

**PROOF OF SERVICE**

2

I, ANITA MURDOCK, declare as follows:

3

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

4

5

On March 13, 2008, I served the following document(s):

6

**NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT, (PURSUANT TO 28 U.S.C. § 1441(b), (FEDERAL QUESTION))**

7

8

on the following persons at the locations specified:

9

Daniel Horowitz, Esq.
P. O. Box 1547
Lafayette, CA 94549
Telephone:    (925) 932-4107
Facsimile:    (925)
***Counsel for Plaintiff***

Brian Mendonca
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Street Tower
Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2104
Facsimile: 415-947-2099
***Counsel for Defendant The Go Daddy Group, Inc.***

10

11

12

13

in the manner indicated below:

14

☒    **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

15

16

17

18

☐    **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached or** ☐ **will be filed separately with the court.**

19

20

☐    **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

21

22

23

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

24

25

Executed March 13, 2008, at San Francisco, California.

26

*Anita Murdock*
ANITA MURDOCK

27

28

4

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
Gavin Newsom, Heather Fong, Go Daddy Group, Inc. and Does 1-100

| FOR COURT USE ONLY |
| --- |
| (SOLO PARA USO DE LA CORTE) |

REC
MAYOR'S OFFICE

08 FEB 14 AM 2:40

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
Andrew Cohen

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court County of San Francisco
400 McAllister Street
San Francisco, California 94102

| CASE NUMBER: (Número del Caso): CPF - 469577 |
| --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Daniel Horowitz State Bar No. 92400
PO Box 1547, Lafayette, Ca. 94549   925-283-186 GORDON PARK-LI

DATE: NOV 2 0 2007
(Fecha)

Clerk, by CRISTINA E. BAUTISTA , Deputy
(Secretario)                                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.  www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Daniel Horowitz State Bar No. 92400 PO Box 1547 Lafayette, Ca. 94549 | |

TELEPHONE NO: 925-283-1863     FAX NO *(Optional)*

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: Andrew Cohen

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco

STREET ADDRESS: 400 McAllister Street

MAILING ADDRESS:

CITY AND ZIP CODE: San Francisco, California 94102

BRANCH NAME:

PLAINTIFF: Andrew Cohen

DEFENDANT: Gavin Newsom, Heather Fong, et al. @ GO DADDY GROUP, INC.

[✓] DOES 1 TO  100

FOR COURT USE ONLY:

ENDORSED
F I L E D
San Francisco County Superior Court

NOV 2 9 2007

GORDON PARK-LI, Clerk
BY: CRISTINA E. BAUTISTA
Deputy Clerk

CASE MANAGEMENT CONFERENCE SET

MAY 2 - 2008 - 9:00 AM

DEPARTMENT 212

CASE NUMBER

CGC DP - 469577

---

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

[ ] AMENDED *(Number)*:

Type *(check all that apply)*:

[ ] MOTOR VEHICLE   [ ] OTHER *(specify)*:

    [ ] Property Damage   [ ] Wrongful Death

    [ ] Personal Injury   [✓] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:

[ ] ACTION IS A LIMITED CIVIL CASE

    Amount demanded   [ ] does not exceed $10,000

                [ ] exceeds $10,000, but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

    [ ] from limited to unlimited

    [ ] from unlimited to limited

---

1. Plaintiff *(name or names)*:  Andrew Cohen

alleges causes of action against **defendant** *(name or names)*:

Gavin Newsom, Heather Fong, San Francisco Police Department, Go Daddy Group, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

  a. [ ]   **except plaintiff** *(name)*:

    (1) [ ] a corporation qualified to do business in California

    (2) [ ] an unincorporated entity *(describe)*:

    (3) [ ] a public entity *(describe)*:

    (4) [ ] a minor   [ ] an adult

        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

        (b) [ ] other *(specify)*:

    (5) [ ] other *(specify)*:

  b. [ ]   **except plaintiff** *(name)*:

    (1) [ ] a corporation qualified to do business in California

    (2) [ ] an unincorporated entity *(describe)*:

    (3) [ ] a public entity *(describe)*:

    (4) [ ] a minor   [ ] an adult

        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

        (b) [ ] other *(specify)*:

    (5) [ ] other *(specify)*:

[ ]   Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: Cohen v. Newsom | CASE NUMBER |
|---|---|

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): San Francisco PD
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☑ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): Go Daddy Group Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cohen v. Newsom | |

10  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☐  Motor Vehicle
  b. ☐  General Negligence
  c. ☐  Intentional Tort
  d. ☐  Products Liability
  e. ☐  Premises Liability
  f. ☑  Other *(specify)*:

  First Cause of Action - Civil Rights Violation; Second Cause of Action against Go Daddy Group only - Negligence; Third Cause of Action Intentional Tort

11.  Plaintiff has suffered
  a. ☐  wage loss
  b. ☐  loss of use of property
  c. ☐  hospital and medical expenses
  d. ☑  general damage
  e. ☐  property damage
  f. ☐  loss of earning capacity
  g. ☑  other damage *(specify)*:

  Special Damages according to proof.

12. ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐  listed in Attachment 12.
  b. ☐  as follows:

13.  The relief sought in this complaint is within the jurisdiction of this court.

14.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☑  compensatory damages
     (2) ☑  punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☐  according to proof
     (2) ☐  in the amount of: $

15. ☐  The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date:  November 27, 2007

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

# FIRST CAUSE OF ACTION

## (Federal Civil Rights Violation)

1.

Andrew Cohen is a police officer working for the City of San Francisco. He is also a resident of Alameda County California.

2.

Gavin Newsom is the Mayor of San Francisco and he acted in that capacity during all times set forth herein.

3.

Heather Fong is the police chief of San Francisco, California and she acted in that capacity during all times set forth herein.

4.

Go Daddy Group, Inc. is an Arizona Corporation which provides website domain names and hosts web sites. Go Daddy Group, Inc. provided these services to Andrew Cohen for a fee. The website referred to in this lawsuit was owned by Andrew Cohen with all services provided by Go Daddy Group, Inc.

5.

Gavin Newsom started this civil conspiracy with Heather Fong and members of the San Francisco police department as well as Does 1-100. Does 1-100 includes any advisors who helped plan the media campaign of Andrew Cohen. This conspiracy then was joined by Go Daddy Group, Inc. as set forth herein. It is the conduct of Go Daddy Group, Inc. as part of the conspiracy with the other defendants which is the subject of this lawsuit.

6.

This would therefore be a type of hub and spoke conspiracy where the central conspirators entered into various related but separate conspiracies with various parties.

7.

During the time period herein, Gavin Newsom launched a series of public attacks directed at various police officers including Andrew Cohen. This took place at time when Mayor Newsom was drinking alcohol to such excess that his judgment was severely impaired. This was admitted by Mayor Gavin Newsom to explain his affair with Ruby Rippey-Tourk, the wife of one of his closest friends and advisor, Alex Tourk. Heather Fong knew or should have known that at the relevant times herein, Gavin Newsom's judgment with respect to his attack on San Francisco Police officers including Andrew Cohen was ill advised and the result in part of his mental impairments caused by alcohol abuse.   In joining the attack against police officers, Heather Fong knew or should have known that her conduct was unethical and that she was joining an attack by a Mayor whose judgment was impaired.

8.

During the time period herein, Heather Fong was serving as police chief of San Francisco and despite knowing that her actions were wrongful, she made public, private information regarding police officers. She did this in concert with Gavin Newsom and did so knowing (or she should have known), her actions were illegal and that any order by Gavin Newsom to act in this illegal fashion was improper and would not be excused simply because she was following orders. Heather Fong had an individual responsibility to conform her actions to the dictates of the law. In addition, Heather Fong knew or should have known that verbally attacking police officers including Andrew Cohen in public and to public individuals was not excused by the fact that Gavin Newsom in his role as Mayor of San Francisco told her to do this.

9.

Each of the defendants, Gavin Newsom, Heather Fong and the San Francisco Police Department, knowingly and deliberately made a public display of a private video and again in public and to the press, labeled the video racist, sexist and potentially criminal.

10.

Heather Fong and Gavin Newsom also revealed the contents of the video and played the video for the Rev. Amos Brown. Heather Fong has (under oath) denied doing this but the Rev. Brown has directly contradicted her.   Plaintiff asserts that this denial under oath is a denial of a material fact and was done with the purpose of limiting the discovery of the scope of the conspiracy and as such this statement whether simply untruthful or if perjury, is yet another act in furtherance of this conspiracy.

11.

The actions of Gavin Newsom and Heather Fong were done in their official governmental capacities. The intention of their actions were to create a political event that would label them as anti-racist, anti-sexist, anti-homophobic. The victim of this political grandstanding was Andrew Cohen the video director and producer who was not racist, homophobic nor sexist but simply a police officer poking fun at himself and the officers who were his friends. In other words, it was self deprecating satire.

12.

In politicizing the video, making it public, making it a national news story, showing it to the press and to individuals such as the Rev. Amos Brown, each of the defendants Newsom and Fong, knew that there would be major implications and pressures applied to Andrew Cohen in the public (not private). Pressures could include criticism, protests, hate mail and potentially attacks on his life.

1

2

3                                          13.

4    The San Francisco Police Department took Andrew Cohen's gun within hours of the press

5    conference by Newsom and Fong. This made Andrew Cohen less able to protect himself or his

6    family against a physical assault.

7

8                                          14.

9    During this time period, the San Francisco Police Department contacted the company that hosted

10   Andrew Cohen's website. This company is defendant Go Daddy Group, Inc. The SFPD have

11   refused to respond to requests by Cohen's attorney to define exactly what was said and what was

12   submitted to Go Daddy Group, Inc. but plaintiff is informed and believes that a document titled

13   "Letter of Preservation" was sent to Go Daddy Group, Inc. and that this letter demanded that no

14   changes be allowed to Cohen's website.

15                                          15.

16

17   The website in question had hosted the comedy videos but these had been removed when the

·18  SFPD investigators on this matter asked Cohen to remove them. The investigators also had asked

19   Cohen to retrieve the four copies of the video that were on disk and this had been agreed to as

20   well. In other words, at the time of the press conference, no members of the public were known

21   to have seen the video, the website was invisible to "Google" as it had not been indexed and the

22   videos had been removed.

23                                          16.

24

25   Following the press conference there was a storm of national media attention. Someone sent

26   Andrew Cohen an e-mail informing him that Andrew's home address was available through his

27   Go Daddy Group, Inc. listing.

28

1

17.

2

3   Since the Mayor and Police Chief of San Francisco California had just told as much of the United

4   States as they could that Andrew Cohen was a racist, sexist and homophobe, it concerned

5   Andrew Cohen that there was a public listing of the home address where Andrew Cohen, as a

6   single father, lived with his two daughters.

7

8   18.

9   On or about December 6, 2006 Andrew Cohen tried to access his Go Daddy Group, Inc. account

10  to make his address invisible but he was locked out.

11  19.

12

13  Andrew Cohen contacted Go Daddy Group, Inc. and was told that he could not access his

14  account but instead had to contact legal.   The locking out of the account contradicts the contract

15  between the parties and the intent of a company providing internet services of this type.  Go

16  Daddy Group, Inc. is a service provider and not a content owner.  In fact, Go Daddy Group Inc.

17  own website touts the fact that "All public domain registrations are registered in YOUR NAME

18  not ours." In locking Andrew Cohen out of his account and freezing his content on line, Go

19  Daddy Group Inc exercised its political judgment over the management of the site's content.

20  20.

21  Andrew Cohen is now informed and believes that the civil conspiracy and agreement between the

22  San Francisco Police Department and Go Daddy Group, Inc. was the cause of the freezing of

23  Andrew Cohen's account. The SFPD acted at the instruction of Heather Fong and Heather Fong

24  acted at the instruction of Gavin Newsom.

25

26  21.

27  The freezing of Andrew Cohen's account was a violation of his First Amendment rights and an

28  illegal seizure under the Fourth Amendment. It also deprived him of property without due

1  process of law in violation of the Fifth and Fourteenth Amendments.

2                              22.

3

4  Until Andrew Cohen was able to hide his home address he lived in fear for the safety of his

5  family and for his safety. Even after the account was released, the fact that his home address had

6  been public for that period of time and during a period of deliberately false and scurrilous

7  publicity by the Mayor and Chief of Police, understandably created and understandably continues

8  to create fear.

9

10                             23.

11 During this same period, Gavin Newsom and Heather Fong as well as representatives of the San

12 Francisco Police Department made repeated public statements continuing to present the image of

13 Andrew Cohen as a racist, sexist and homophobe. In reality, Cohen was just the opposite.  The

14 danger created by the public venting of these false statements is that is unlikely that the random

15 psychopath who might be stirred to harm Cohen (or his children), would bother to make a careful

16 pre-homicide, inquiry.   Therefore to a limited number of sick individuals the statements of the

17 Mayor and the Chief of Police might well be seen as a call to arms.

18 **Jury Trial Demand**

19

20                             24.

21 Andrew Cohen demands a jury trial for all matters set forth herein.

22 **Jurisdiction**

23

24                             25.

25 Go Daddy Group, Inc. is incorporated in Arizona. Gavin Newsom and Heather Fong reside in

26 San Francisco California. The San Francisco Police Department is situated in San Francisco,

27 California. Andrew Cohen resided in Alameda County, California during all times relevant

28

1  herein. He worked in San Francisco, California. Andrew Cohen purchased his Go Daddy Group,

2  Inc. account via computer in Alameda County, California.

3

4  Therefore jurisdiction and venue are proper in San Francisco county. If this action is removed to
   the United States District Court the proper court would be the United States District Court,

5  Northern District of California.

6

7                                            26.

8
   This action is brought under 42 USC 1981 et seq. and in particular under 42 USC 1983 and 42

9  USC 1985.

10

11 **Attorney Fee Request**

12                                           27.

13

14 Andrew Cohen seeks attorney's fees and costs according to proof. Attorney's fees would be

15 provided under 42 USC 1981 et seq. Costs include expert witness fees.

16                                           28.

17

18 Andrew Cohen seeks general and special damages according to proof.  Andrew Cohen seeks

19 punitive and exemplary damages and costs of suit herein.

20

21 Dated: November 28, 2007

22

23

24                                      Daniel Horowitz

25                                Attorney for Andrew Cohen

26

27

28

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cohen v. Newsom, Fong, Go Daddy Group | |

Second _____ **CAUSE OF ACTION—General Negligence**    Page _____
    (number)

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Andrew Cohen

   alleges that defendant *(name):*  Go Daddy Group Inc.

   [✓] Does  1:30 pm    to  10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  or about 12/6/06
at *(place):*  Various locations

*(description of reasons for liability):*

Plaintiff realleges the allegations set forth in the First Cause of Action and asserts that Go Daddy
Group Inc. owed a duty of care to Andrew Cohen and breached that duty of care by both freezing
his access to his own content and by continuing to do so even when the danger and harm of said
action was specifically made known to Go Daddy Group, Inc.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cohen v. Newsom, Fong, Go Daddy Group | |

~~Second~~ Third     **CAUSE OF ACTION—Intentional Tort**     Page _____
_____(number)_____

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Andrew Cohen

    alleges that defendant *(name):* Go Daddy Group Inc.

      ☑ Does 1_____ to 10_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on *(date)*or about 12/6/06
at *(place)*Various locations

*(description of reasons for liability):*

Plaintiff realleges the allegations set forth in the First Cause of Action and asserts that Go Daddy
Group Inc. owed a duty not to intentionally cause harm to Andrew Cohen. Defendant breached that
duty by both freezing his access to his own content and by continuing to do so even when the danger
and harm of said action was specifically made known to Go Daddy Group, Inc. These actions were
done intentionally and in response to communications made by or on behalf of the other defendants
herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION--Intentional Tort**

Code of Civil Procedure, § 425.17
www.courtinfo.ca.gov

American LegalNet, Inc
www.FormsWorkflow.com

1

## PROOF OF SERVICE

2      I, ANITA MURDOCK, declare as follows:

3      I am a citizen of the United States, over the age of eighteen years and not a party to the
above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza

4  Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

5      On March 13, 2008, I served the following document(s):

6  **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE
SUPERIOR COURT, (PURSUANT TO 28 U.S.C. § 1441(b), (FEDERAL QUESTION))**

7

8  on the following persons at the locations specified:

Daniel Horowitz, Esq.                          Brian Mendonca
9  P. O. Box 1547                              Wilson Sonsini Goodrich & Rosati
Lafayette, CA  94549                          One Market Plaza, Spear Street Tower
10  Telephone:    (925) 932-4107               Suite 3300
Facsimile:    (925)                           San Francisco, CA  94105
11  *Counsel for Plaintiff*                    Telephone:  415-947-2104
Facsimile:  415-947-2099
12                                             *Counsel for Defendant The Go Daddy Group,
Inc.*
13

in the manner indicated below:
14

☒      **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies
15         of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing
with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City
16         Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s)
that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that
17         same day.

18  ☐      **BY PERSONAL SERVICE**:  I sealed true and correct copies of the above documents in addressed
envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional
19         messenger service.  **A declaration from the messenger who made the delivery** ☐ **is attached or** ☐ **will
be filed separately with the court.**

20
☐      **BY OVERNIGHT DELIVERY**:  I sealed true and correct copies of the above documents in addressed
21         envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am
readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.
22         In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a
courier the same day.

23
I declare under penalty of perjury pursuant to the laws of the State of California that the
24  foregoing is true and correct.

25      Executed March 13, 2008, at San Francisco, California.

26                                _Anita Murdock_
ANITA MURDOCK
27

28

Notice of Removal USDC & CASE NO. 469577                        n:\lit\li2008\080918\00470958.doc