1  DANIEL A. HOROWITZ, State Bar No. 92400
   P.O. Box 1547
2  Lafayette, CA  94549
   Telephone:  (925) 283-1863
3
   Attorneys for Plaintiff
4  ANDREW COHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW COHEN, | CASE NO.:  CV-08-1443 (JL) |
| Plaintiff, | PLAINTIFF ANDREW COHEN'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT THE GO DADDY GROUP, INC. |
| v. | |
| GAVIN NEWSOM, HEATHER FONG, GO DADDY GROUP, INC. AND DOES 1 TO 100, | |
| Defendant. | |

Notice is hereby given that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Andrew Cohen hereby voluntarily dismisses his complaint against defendant The Go Daddy Group, Inc. in the above-entitled action.  This dismissal is on the basis that the conduct of Go Daddy Group, Inc. as alleged in the complaint is protected under the Patriot Act.

To date, The Go Daddy Group, Inc. has not served an answer to Andrew Cohen's complaint in this action.  Accordingly, such action may be dismissed as to The Go Daddy Group, Inc. without an order of court.

Andrew Cohen maintains his complaint against the other defendants to this action.

Respectfully submitted,


By: _____
    Daniel A. Horowitz

    Attorney for Plaintiff
    ANDREW COHEN

1

2

3

4

5

6

7

8

9

10

11

12

13

14