DANIEL A. HOROWITZ State Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549

(925) 932-4107

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN ) | |
| ) | |
| Plaintiff, ) | No. 3:08-01443 JL |
| ) | |
| vs. ) | |
| ) | |
| GAVIN NEWSOM, HEATHER FONG ) | |
| GO DADDY GROUP INC. and DOES ) | |
| 1-100 ) | |
| ) | |
| Defendants. ) | |

**Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7- 11**

1

## DECLARATION OF DANIEL HOROWITZ

1. Pursuant to Local Rule Civ. Proc. 3-12, I believe that the present case and Cohen et al v. City and County of San Francisco, 3:07-cv-06208-SI are related cases as the actions concern substantially the same parties and involve aspects of the same transactions and events.

2. On the other hand, I spoke with defense counsel in Cohen v. City and County of San Francisco (Lawrence Hecimovich) about this motion and he believes that the cases have very discreet issues and are not related for purposes of this rule.

3. Before I filed the present case, I spoke with plaintiff's counsel, Waukeen McCoy and he believed my issues were separate from his.

4. Therefore, I make this filing as an officer of the court but not advocating one position or the other.

**Some Related Parties**

5. The cases both have Andrew Cohen suing Heather Fong but the present case involves the Mayor, Gavin Newsom and not the SFPD (although I will probably be adding them due to the discovery of a Patriot Act request sent by the SFPD to defendant Go Daddy).  Cohen v. SFPD involves other SF police officers while my lawsuit involves only Andrew Cohen as plaintiff.

**The Same Initiating Events - (But Different Aspects of those Events)**

6. The initiating events were the public display of a comedy video that San Francisco Police Officer Andrew Cohen made (along with approximately 30 other officers who starred in

the videos.)

7. Andrew Cohen set up a private website whose URL was not on Google and whose URL was known only to SFPD officers. This gave them a chance to view the videos. The Mayor and Chief of Police learned of this private video and decided that it was racist, sexist, homophobic etc. A major police investigation ensued.

8. Upon learning of the objections to the videos, Andrew Cohen took them off the website and immediately offered to retrieve the four DVD copies that he had distributed. It appeared that this matter was resolved.

9. Days later, Mayor Newsom and Chief Fong called a press conference. With great outrage, they condemned the videos as racist, sexist, homophobic and otherwise offensive. Then, because the videos were so offensive, the Mayor and Chief played them for the press.

10. As the videos played, the press cameras focused on the video screens. Within hours the allegedly terribly offense, allegedly racist, allegedly sexist, allegedly homophobic videos were seen nationwide. Television shows with millions of viewers carried segments of the videos.

11. During this same time the Mayor showed the video to community leaders like the Rev. Amos Brown.

12. Cohen's lawsuit alleges that this type of publicity targeted him personally and labeled him as racist, sexist, homophobic and an overall bad person. He countered by pointing out that he left the Oakland Police Department because in his opinion, that department was racist and he could not work in that environment. This is the type of back and forth issue that will be the focus of our lawsuit.

13. The GoDaddy aspect of the lawsuit involves Cohen's website, "Inside the

SFPD.com". Pursuant to the Patriot Act, the SFPD asked GoDaddy to freeze the website. This prevented Cohen from changing his administrative settings.

14. The administrative settings had Cohen's home address displayed. Given the national publicity, Cohen feared that some emotionally unstable person would be stirred by the Mayor and Police Chief's actions and harm Cohen. Cohen was and is the single father of two young girls.

15. GoDaddy will be dismissed from the case within a few hours because the Patriot Act protects them and provides immunity from a lawsuit. (I am aware of attempts to get around this rule but I do not think that they have validity in this case.)

16. I just received the Patriot Act request (a few days ago). I may amend and add the SFPD to this lawsuit.

17. After consultation with Attorney Larry Hecimovich, I believe that the following is also accurate:

The two lawsuits that have been consolidated before Judge Illston, Harmston et al v. CCSF and Chief Heather Fong, N.D. Case No. C 07-01186SI, and Cohen and Lewis v. CCSF and Chief Heather Fong, N. D. Case No. C 07-06208SI, assert claims for race discrimination and retaliation relating to the Department's Management Control Division's investigation of Bayview officers' creation of offensive video vignettes. Accordingly, they are at best tangentially-related to the instant matter, since the Department's investigation of the Go Daddy site was not part of MCD's internal investigation or its subsequent disciplinary recommendations at issue in those cases.

17. In conclusion, I do not think that these cases are unquestionably related but I do think that the local rules require that I file this declaration to bring these matters to the Court's

4

attention.  I believe that the City Attorney will be file some paperwork with their perspective on this.

       I declare the above to be true and correct under penalty of perjury.  Executed this March 18, 2008 at Lafayette, California.


Dated: March 18, 2008

                                              _____
                                                  Daniel A. Horowitz
                                                 Attorney for Plaintiff

**PROOF OF SERVICE**

I, Daniel Horowitz declare as follows:

The City Attorney's office of San Francisco represents defendants in both actions referenced herein. ECF notice has been given through the filing of this motion through ECF. I have also personally spoken with and emailed a copy of this motion to Lawrence Hecimovich who is the attorney of record in Cohen v. City and County of San Francisco.

I have also personally spoken with plaintiff's counsel in Cohen v. City and County of San Francisco (Waukeen Q. McCoy) and he is aware of my lawsuit and of this motion. I have emailed a copy of this motion to Mr. McCoy as well.

I declare the above to be true and correct under penalty of perjury. Executed this March 18, 2008 at Lafayette, California.

_____
Daniel Horowitz