DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3916
Facsimile: (415) 554-3837
E-Mail: warren.metlitzky@sfgov.org

Attorneys for Defendants
GAVIN NEWSOM, HEATHER FONG, AND
CITY AND COUNTY OF SAN FRANCISCO, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN,<br><br>      Plaintiff,<br><br>    vs.<br><br>GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100,<br><br>      Defendants | Case No. CV-08-1443 JL<br><br>**[PROPOSED] ORDER GRANTING SAN FRANCISCO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**(F.R.C.P. 12(b)(6))**<br><br>Judge:              Hon. James L. Larson<br>Hearing Date:   April 30, 2008<br>Time:              9:30 A.M.<br>Place:             Crtrm. F, 15th Floor<br><br>Trial Date:      Not Set |

This matter came before the Court on April 30, 2008, on Defendants City and County of San Francisco, Heather Fong, and Gavin Newsom's (collectively "San Francisco Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the papers and heard the arguments of counsel, the Motion is GRANTED as follows:

1    IT IS ORDERED that Defendants City and County of San Francisco, Heather Fong, and Gavin Newsom's motion to dismiss the claims of Plaintiff Andrew Cohen is GRANTED on the following grounds:

(1) Plaintiff fails to state a conspiracy claim under 42 U.S.C. Sections 1983 and 1985;

(2) Plaintiff fails to state a claim for "making public private information";

(3) Plaintiff fails to state a claim for deprivation of property under the Fifth Amendment;

(4) Plaintiff may not seek punitive damages against the City and County of San Francisco; and

(5) Plaintiff fails to state a claim against the moving defendants as to the Second and Third Causes of action for general negligence and intentional tort.

**IT IS SO ORDERED.**

DATED: _____           _____
                                          JAMES L. LARSON