DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-3916
Facsimile:	(415) 554-3837
E-Mail:	warren.metlitzky@sfgov.org

Attorneys for Defendants
GAVIN NEWSOM, HEATHER FONG, AND
CITY AND COUNTY OF SAN FRANCISCO, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100,<br><br>　　　　Defendants | Case No. CV-08-1443 JL<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE NOTICE OF RELATED CASES [CIVIL LOCAL RULE 3-12(F)]**<br><br>Trial Date:	Not Set |

1 | Plaintiff's Administrative Motion To Consider Whether Cases Should be Related came
2 | before the Court on March 18, 2008.  Having considered the motion and opposition and other
3 | supporting papers and the arguments of counsel, the Court rules as follows:
4 | IT IS ORDERED THAT pursuant to Local Rule 3-12(F) that the above captioned case is
5 | not related to *Harmsto*n *et al v. CCSF and Chief Heather Fong,* N.D. Case No. C 07-01186SI:
6 | and *Cohen and Lewis v. CCSF and Chief Heather Fong*, N. D. Case No. C 07-06208SI and no
7 | change in case assignment need be made.

**IT IS SO ORDERED.**

DATED: _____                              _____
                                               SUSAN ILLSTON