1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  WARREN METLITZKY, State Bar # 220758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3916
6  Facsimile:      (415) 554-3837
   E-Mail:         warren.metlitzky@sfgov.org
7

8  Attorneys for Defendants
   GAVIN NEWSOM, HEATHER FONG, AND
9  CITY AND COUNTY OF SAN FRANCISCO

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  ANDREW COHEN, | Case No. CV-08-1443 JL |
| 14         Plaintiff, | **DEFENDANTS' DEMAND FOR JURY** |
| 15     vs. | |
| 16  GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN | |
| 17  FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100, | |
| 18 | |
| 19         Defendants. | |

20

21

22

23

24

25

26

27

28

1

DEFTS' DEMAND FOR JURY, No. C 08-1443 JL

N:\LIT\LI2008\080918\00474589.DOC

1

**JURY DEMAND**

2

    Defendants demand a trial by jury of all issues so triable.

3

Dated:  March 26, 2008

4

5

                      DENNIS J. HERRERA
                      City Attorney

6

                      JOANNE HOEPER
                      Chief Trial Deputy

7

                      WARREN METLITZKY
                      Deputy City Attorney

8

9

                By:_____/s/_____
                      WARREN METLITZKY

10

11

                      Attorneys for Defendants
                      CITY AND COUNTY OF SAN FRANCISCO,

12

                      HEATHER FONG AND GAVIN NEWSOM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFTS' DEMAND FOR JURY, No. C 08-1443 JL