DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:      (415) 554-3837
E-Mail:          warren.metlitzky@sfgov.org

Attorneys for Defendants
GAVIN NEWSOM, HEATHER FONG, AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW COHEN, | Case No. CV-08-1443 JL |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| vs. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100, | |
| Defendants. | |

Defendant City and County of San Francisco declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment of this case to a United States District Judge.

Dated: March 26, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        WARREN METLITZKY
                        Deputy City Attorney

                  By: _____/s/_____
                          WARREN METLITZKY

                        Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO,
                        HEATHER FONG AND GAVIN NEWSOM