DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3916
Facsimile:       (415) 554-3837
E-Mail:           warren.metlitzky@sfgov.org

Attorneys for Defendants
GAVIN NEWSOM, HEATHER FONG, AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100,<br><br>　　　　　Defendants. | Case No. CV-08-1443 JL<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS** |

1     The undersigned certifies that, as of this date, other than the named parties, there is no interest within the meaning of Civil L.R. Rule 3-16 to report.

Dated:  March 26, 2008

                           DENNIS J. HERRERA
                           City Attorney
                           JOANNE HOEPER
                           Chief Trial Deputy
                           WARREN METLITZKY
                           Deputy City Attorney


                    By:            /s/
                          WARREN METLITZKY

                         Attorneys for Defendants
                         CITY AND COUNTY OF SAN FRANCISCO,
                         HEATHER FONG AND GAVIN NEWSOM