**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## March 28, 2008

**CASE NUMBER:  CV 08-01443 JL**
**CASE TITLE:  ANDREW COHEN-v-GAVIN NEWSOM**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/28/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 3/28/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA