IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW COHEN,					No. C 08-01443 SI

      Plaintiff,				**NOTICE**

  v.

GAVIN NEWSOM,

      Defendant.
                               /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to dismiss has been continued to Friday, May 23, 2008, at 9:00 a.m.

Dated: April 8, 2008					RICHARD W. WIEKING, Clerk



                                                  Tracy Sutton
                                                  Deputy Clerk