**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-08-1443 SI          Judge:   SUSAN ILLSTON

Title: ANDREW COHEN  -v- GAVIN NEWSOM

Attorneys: D. Horowitz          Metlitsky

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **12/5/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to  **12/5/08   @ 9:00 a.m.**   for Motions
(Motion due 10/31/08 , Opposition 11/14/08 Reply 11/21/08 )

Phase One Discovery Cutoff: 11/26/08

ORDERED AFTER HEARING: