DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
WARREN METLITZKY, State Bar # 220758
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837
E-Mail:        warren.metlitzky@sfgov.org

Attorneys for Defendants
GAVIN NEWSOM, HEATHER FONG AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW COHEN, | Case No. CV-08-1443 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL PREPARATION ORDER** |
| vs. | |
| GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100, | Trial Date:   None set |
| Defendants. | |

The undersigned parties, through their attorneys of record, stipulate to the entry of an order modifying the Pretrial Preparation Order, filed July 25, 2008 ("Pretrial Preparation Order") as follows for the reasons stated below:

**RECITALS**

A. The parties have diligently litigated this case since its inception. They have served written discovery, and begun depositions, including the deposition of plaintiff Andrew Cohen. Because plaintiff's counsel has been in trial for the past few months, the parties have been unable to complete discovery tasks, including the critical deposition of the person most knowledgeable at Go-Daddy, Inc., that they deem necessary for adequate preparation of this case for trial and to file a dispositve motion. Plaintiff's counsel expects to be unavailable until the middle of November, well after the October 31, 2008 deadline to file dispositive motions. Consequently, In light of these difficulties, counsel agree that the current discovery cutoff and dispositive motion dates are unworkable, and have stipulated and request the Court to allow additional time to file a motion for summary judgment that may dispose of this action. Additionally, because counsel for the City will be on paternity leave in late January and early February, the parties have stipulated to moving the hearing date on the motion until after the City counsel's paternity leave and to a date that will allow counsel sufficient time to file a reply memorandum in support of the City's motion.

B. The parties wish to modify the Pretrial Preparation Order to allow them to complete necessary discovery, including meaningful expert designations.

**AGREEMENT**

For the foregoing reasons, the parties stipulate to entry of an order as follows:

The following discovery-related and dispositive motion deadlines shall be modified as follows:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| 1. Dispositive motions filed | October 31, 2008 | December 22, 2008 |
| 2. Dispositive motions heard | December 4, 2008 | February 27, 2009 |
| 3. Further Case Management Conference Statement | November 19, 2008 | February 13, 2009 |

2

| | | |
|---|---|---|
| 4. Further Case Management Conference | December 4, 2008 | February 27, 2009 |

Dated: October 8, 2008

                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Attorney
                      WARREN METLITZKY
                      Deputy City Attorney

            By:_____/s/_____
                      WARREN METLITZKY
                      Attorneys for Defendants

                      [The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney below, and shall serve in lieu of his signature.]

Dated: October 8, 2008

                      LAW OFFICES OF DANIEL HOROWITZ

            By:_____/s/_____
                      DANIE HOROWITZ
                      Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>GAVIN NEWSOM, HEATHER FONG, CITY AND COUNTY OF SAN FRANCISCO, GO DADDY GROUP, INC. and DOES 1-100,<br><br>        Defendants. | Case No. CV-08-1443 SI<br><br>**[PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER** |

Based on the parties' stipulation, and for good cause shown,

**IT IS ORDERED THAT**:

1. The Pretrial Preparation Order filed July 25, 2008 shall be modified as follows:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| 1. Dispositive motions filed | October 31, 2008 | December 22, 2008 |
| 2. Dispositive motions heard | December 4, 2008 | February 27, 2009 |
| 3. Further Case Management Conference Statement | November 19, 2008 | February 13, 2009 |
| 4. Further Case Management Conference | December 4, 2008 | February 27, 2009 |

2. The remaining dates specified in the Pretrial Preparation Order Case Management shall remain unchanged.

**IT IS SO ORDERED.**

DATED:_____

_____
HON. SUSAN ILLSTON
United States District Judge