IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW COHEN,                                             No. C 08-01443 SI

        Plaintiff,                                       **JUDGMENT**

  v.

GAVIN NEWSOM, et al.

        Defendants.
     _____/

Defendants' motion for summary judgment is granted. This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 31, 2009

                                                     SUSAN ILLSTON
                                                     United States District Judge